Philip Doyle **BRIDGES**,
Plaintiff–Appellant

v.

**SOCIAL SECURITY ADMINISTRA-TION; Veterans Affairs Depart-ment, Defendants–Appellees.**

No. 06–51083
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2007.

Philip Doyle Bridges, pro se.

Clayton R. Diedrichs, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Defendants–Appellees.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

■ Philip Doyle Bridges appeals the dismissal of his claims for disability benefits he alleges are due from the Veterans Administration (VA) and for the reimbursement of Medicare premiums he alleges are due from the Social Security Administration (SSA). The district court dismissed the claims for lack of jurisdiction, and Bridges has waived appeal of the jurisdictional issues by failing to address them in his brief. *See Yohey v. Collins,* 985 F.2d 222, 225 (5th Cir.1993).

■ In any event, the district court correctly dismissed the claim against the VA for lack of subject matter jurisdiction under 38 U.S.C. § 511. *See Zuspann v. Brown,* 60 F.3d 1156, 1158–60 (5th Cir. 1995). The district court also lacked jurisdiction over the claim against the SSA because that claim had not been administratively exhausted. *See* 42 U.S.C. § 405(g); *Mathews v. Eldridge,* 424 U.S. 319, 327–28, 96 S.Ct. 893, 47 L.Ed.2d 18 (1976).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.